
# THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE

**FRANTZ GERMAIN,**
    Plaintiff,

    **V**

**BROWARD COUNTY OFFICIALS**
**MAYOR LAMAR FISHER**
**BROWARD COUNTY SHERIFF GREGORY TONY**
**STATE ATTORNEY HAROLD F. PRYOR**
**JUDGE DAVID HAIMES**
    Defendant(s),
_____/

1:23-cv-252
CEA/CHS

## COMPLAINT

This action is brought under 18 U.S. Code § 1030 - Fraud and related activity

False Claims Act 31 U.S.C. § 3729 Action brought under the False Claims Act by private

persons Intended to defrauded and damages against another person or entity that acted

fraudulently in receiving payments or property from, 31 U.S.C. § 3730 Action primarily based

on damage to personal property caused by harmful conduct such as negligence, Rule 4.1

Truthfulness misrepresentation, interference with business relationships or unfair trade

practices. CODE 440 Action alleging a civil rights violation other than the specific civil rights

categories listed below or a violation related to prison. Example: Action alleging excessive

force by police incident to an arrest. 34 U.S. Code § 12602 Right of privacy. Private property

rights protection. False reports of commission of crimes, private property frauds, bribery,

lying on per jury, right of privacy. Barker, the Supreme Court has held that judges lack

1

immunity from prosecution for violating constitutional rights under 18 U.S.C. § 242 because

Congress acted to proscribe criminal conduct by judges in the Civil Rights Act of 1866 V.

PARALLELS WITH 42 U.S.C. § 1983Private property rights protection, force of entry to

private, physical damage to private property, violation of the First Amendment, Fifth

Amendment and Fourteen Amendment constitutional rights and constitution of the state of

Florida, False arrest is an unlawful arrest made without a warrant or probable cause. Both

the Fourth and the Fourteenth Amendments of the U.S. Constitution were designed to protect

citizens against this abuse of power. As such, if you were falsely arrested, you can file a lawsuit

under 42 U.S. Code 1983 false imprisonment civil rights complaint, and 42 U.S. Code § 1983 –

Civil action for deprivation of rights. This is an action for monetary, injunctive, and other

equitable and statutory relief, brought under 15 U.S. Code § 1116 Injunctive relief seeking

$7,000,000.00 punitive damages, business assets, contracts loss, private property damages,

based on clear and convincing evidence against defendants Mayor Lamar Fisher, Sheriff

Gregory Tony, Judge David Haimes and State Attorney Harold Pryor collectively related

To private property fraud 18 USC Ch. 47: FRAUD AND FALSE STATEMENTS From Title 18

CRIMES AND CRIMINAL PROCEDURE

## JURISDICTION AND VENUE

This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1337(a), and 1345, and

15 U.S.C. §§ 45(a) and 53(b). 3. Venue is proper in this district under 28 U.S.C. § 1391(b), (c),

and (d), and 15 U.S.C. § 53(b).

I am currently living in Cleveland Tennessee, I moved in with my sister,

the Northern District Court of Tennessee Chattanooga division.

# RULE 38 RIGHT TO A JURY
# TRIAL; DEMAND

# PRELIMINARY STATEMENT

On December 21st, 2022, I was assaulted, brutalized, beatdown inside my private home located at 4140 NW 62nd CT Coconut Creek FL by Broward County sheriff. The officers unauthorized entered my home with heavy firearms pointed at me yelling, screaming, dragged me from the bed to the floor at me to get on the floor.

I had been a Broward County resident for 29 years, from junior high through high school graduate to my adult's life not once I got into trouble with the law, I respect leaders and be a good citizen soon all that had changed on December 21st 2022.

1.      I was attacked and beatdown, I received several vicious blows to my head, intentionally harmful, unnecessary roughness, the officers dragged me from the bed slammed my head to the floor which led to additional medical complication.

2.      I'd suffered several injuries included pain at the injured site, swollen, tight abdomen, nausea and vomiting, Pale, clammy, sweaty skin, Breathlessness, extreme thirst. Unconsciousness, internal bleeding when I get to the jail house The doctor ordered them to take me to the hospital to get medical treatment because I was bleeding inside.

3.      The action took place inside my purchased private home located at 4140 Northwest 62nd CT Coconut Creek FL 33073 ordered by Broward County Judge David Haimes and his good friend Eric Salpeter

3

4.      I was evicted by judge David Haimes and arrested on burglary charged because I'd refused to leave my property. The warranty Deed recorded on December 21st 2017 listed owners Frantz Germain and Rita Germain, this wasn't done by accident, the evidence showed Judge Haimes willing to accused a Blackman violated my rights as a homeowner abused his power to do wrong to little people such as myself.

5.      It's all started on October 03, 2022, Eric Salpeter a Florida Bar (Fraudulent) real estate Attorney filed a Foreign Judgement complaint against me Pursuant Florida Statutes Section 55.505, the Foreign Judgement did not disclose the Notice of recording, prerequisite to enforcement. At the time of the recording of a foreign judgment, the judgment creditor shall make and record with the clerk of the circuit court an affidavit setting forth the name, social security number, if known, and last known post office address of the judgment debtor and of the judgment creditor. I purchased this house on December 21st, 2017 warranty deed Frantz Germain and Rita Germain, Mortgage company PennyMac, Loan Number 8016978299 regular monthly payment $2385.80. As a homeowner eviction doesn't apply to me, please see the Landlord and Tenant Acts.


6.      I came from a very poor family we don't have much growing up, my pop worked so hard to provided housing and food, he didn't want mom to get a job to help him, he believed mom had the hardest job as a mother of five children unfortunately for us pop passed away wasn't much left in the saving to even afford the burial service

7.      We were raised in the hoods deep side 56th Avenue in Lauderhill and 21st street Cambridge Squares Lauderdale Lakes, whistle pistol was alert to wake for school every morning, the closest we got to experience a single-family home backyard cookout only in the sitcoms such as the Cosby show, Martin, Fresh Prince of bel-air.

4

8.      I have achieved and acquired this home through a lot of effort hard work became discipline with myself by saving money finally I became a homeowner in the exclusive neighborhood called Coco Bay in Coconut Creek.

9.      I endured this trauma because of my skin color, I was placed in a cell with 36 other arrestees I can't speak for them but I know for a fact I didn't deserve to be in there. without consent sometimes Booking Photograph that is kept forever, visible to all who can access the Broward County main database or have occasion to view an arrestee's paper file, and sometimes for no reason at all.

10.     We must ensure that anyone who serves as a judge is fair-minded. Judges preside over hearings and listen to the arguments of opposing parties. Judges and hearing officers apply the law by overseeing the legal process in courts. They also conduct pretrial hearings, resolve administrative disputes, facilitate negotiations between opposing parties, and issue legal decisions. The judge is the lead court proceedings chief, use established laws and guidance to determine sentencing, and rule on the constitutionality of various laws and legal precedents. We must ensure that anyone who serves as a judge is fair-minded. must provide reasons for their decisions. Sometimes judges will explain their reasons in court at the same time, they give their decision on the case. Other times judges will give their decision in court at the end of the case but provide the reasons for their decision in a written decision at a later date. Judges may also provide oral reasons in court and a written decision at a later time.

11.     Judge David's conduct was intentional pure on racism, the decision he made to evicted me was unlawful and unconstitutional practice that infringes upon my rights, the Fifth Amendment breaks down into five rights or protections: the right to a jury trial when you're charged with a crime, protection against double jeopardy, protection against self-incrimination, the right to a fair trial, and protection against the taking of property by the

5

government without compensation.

12.     Homeowners have the right to enjoy the property without the interference of burdensome government Conduct were fully set forth at length herein. Article I, Section 3 of the Constitution provides that: "The free exercise and enjoyment of private property, without discrimination or preference, shall forever be allowed in this state to all humankind.

13.     The evidence revealed Edward Misleh and Eric Salpeter unleashed a non-stop Fraudulent campaigned against me includes false arrest, police brutality, dishonesty, false Felony charge, Property damage. As a direct result of Judge David's unlawful discriminatory conduct, I have sustained damages, and have suffered and continue to suffer mental anguish, physical and emotional distress, humiliation, and embarrassment.

14.     This statute makes it unlawful for two or more persons to conspire to injure, oppress, threaten, or intimidate any person of any state, territory or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the United States, (or because of his/her having exercised the same).

15.     It further makes it unlawful for two or more persons to go in disguise on the highway or on the premises of another with the intent to prevent or hinder his/her free exercise or enjoyment of any rights so secured. Punishment varies from a fine or imprisonment of up to ten years, or both; and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title or imprisoned for any term of years, or for life, or may be sentenced to death.

16.     the same were fully set forth at length herein. 42 U.S.C. § 1983 prohibits any person acting under color of state law, custom, or usage to deprive a citizen of rights secured by the Constitution. force fraudulently forced their way inside my property put me in

6

the handcuff charged me with Burglary violated the Fourth amendment The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized and the immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

17. The prosecution of separate actions on December 22nd 2022 the prosecutor told the Judge this is a family case I threatened to kill the victim and for that reason he raised my bail to $7500, that statement truly hurt me because I have never in my life getting into altercation with anyone, I respect all leaders and obey the law of the land and to heard the prosecutor accused a no body such as me of doing such thing created so much emotion to deal with on daily bases I'm overwhelmed, the damages I suffered and continue suffer, irreparable, although substantial, burden, the extraordinary expense and burden damages in action.

18. A person may not, in any matter within the jurisdiction of the Department of State, knowingly and willfully falsify or conceal a material fact, make any false, fictitious, or fraudulent statement or representation, or make or use any false document, knowing the same to contain any false, fictitious, or fraudulent. The systematic inequality how the justice system structural racism reveals the evidence and truth don't matter in the court of law, the black male will always view as wealth for the white male, the already large racial wealth gap between white and black American households grew even wider after the great recession. Judge David Haimes and Judge Mariya Weekes actions proof there is a long way to go we must keep on going to fight for fair justice.

19. 55.505 foreign judgment, the judgment creditor shall make and record

7

with the clerk of the circuit court an affidavit setting forth the name, social security number, if known, and last known post office address of the judgment debtor and of the judgment creditor. 55.505 Notice of recording; prerequisite to enforcement. At the time of the recording of a foreign judgment, the judgment creditor shall make and record with the clerk of the circuit court an affidavit setting forth the name, social security number, if known, and last known post office address of the judgment debtor and of the judgment creditor. Promptly upon the recording of the foreign judgment and the affidavit, the clerk shall mail notice of the recording of the foreign judgment, by registered mail with return receipt requested, to the judgment debtor at the address given in the affidavit and shall make a note of the mailing in the docket.

20.     The notice shall include the name and post office address of the judgment creditor and of the judgment creditor's attorney, if any, in this state. In addition, the judgment creditor may mail a notice of the recording of the judgment to the judgment debtor and may record proof of mailing with the clerk. The failure of the clerk to mail notice of recording will not affect the enforcement proceedings if proof of mailing by the judgment creditor has been recorded. No execution or other process for enforcement of a foreign judgment recorded hereunder shall issue until 30 days after the mailing of notice by the clerk and payment of a service charge of up to $42 to the clerk. When an action authorized in s.55.509 (1) is filed, it acts as an automatic stay of the effect of this section. Florida statutes 55.505 have no relation to private property or business assets, it's simply providing the foreign creditor more access to enforce the debtor to pay off the debt.

21.     42 U.S. Code § 1983 - Civil action for deprivation of rights Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights,

8

privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

22.    Section 242 of Title 18 makes it a crime for a person acting under color of any law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States.

23.    For the purpose of Section 242, acts under "color of law" include acts not only done by federal, state, or local officials within their lawful authority, but also acts done beyond the bounds of that official's lawful authority, if the acts are done while the official is purporting to or pretending to act in the performance of his/her official duties. Persons acting under color of law within the meaning of this statute include police officers, prisons guards and other law enforcement officials, as well as judges, care providers in public health facilities, and others who are acting as public officials.

24.    It is not necessary that the crime be motivated by animus toward the race, color, religion, sex, handicap, familial status or national origin of the victim. The offense    is punishable by a range of imprisonment up to a life term, or the death penalty, depending upon the circumstances of the crime, and the resulting injury, if any.

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts. include the use, attempted use, or threatened use of dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

## COUNT I
## § 11.404 FALSE IMPRISONMENT

A person commits a misdemeanor if he or she knowingly restrains another unlawfully so as to interfere substantially with his or her liberty. False imprisonment or unlawful imprisonment occurs when a person intentionally restricts another person's movement within any area without legal authority justification, or the restrained person's permission.[1] Actual physical restraint is not necessary for false imprisonment to occur. A false imprisonment claim may be made based upon private acts, or upon wrongful governmental detention. For detention by the police, proof of false imprisonment provides a basis to obtain a writ of habeas corpus December 21st 2022 I was arrested accused of burglary; I never committed any crime in my entire life  The burglary charged were made in violation of the law also may render it false or fraudulent, creating liability under the civil to target black male. no specific intent to defraud is required.

10

defines knowing to include not only actual knowledge but also instances in which the person acted in deliberate ignorance or reckless disregard of the truth or falsity of the information. PennyMac Loan Number 8016978299 attached with Property Deed confirmed proof of ownership

## COUNT II
## TORTURE 18 U.S.C. § 2340

"torture" means an act committed by a person acting under the color of law specifically intended to inflict severe physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions) upon another person within his custody or physical control;18 U.S. CODE § 2340 severe mental pain or suffering (2) "severe mental pain or suffering" means the prolonged mental harm caused by or resulting from (A) the intentional infliction or threatened infliction of severe physical pain or suffering; (B) the administration or application, or threatened administration or application, of mind-altering substances or other procedures calculated to disrupt profoundly the senses or the personality; (C) the threat of imminent death; or (D) the threat that another person will imminently be subjected to death, severe physical pain or suffering, or the administration or application of mind-altering substances or other procedures calculated to disrupt profoundly the senses or personality.

## COUNT III
## 18 U.S.C. § 241
## CIVIL RIGHTS CONSPIRACY

18 U.S.C. § 241 Conspiracy Against Rights Section 241 makes it unlawful for two or more persons to agree to injure, threaten, or intimidate a person in the United States in the free exercise or enjoyment of any right or privilege secured by the Constitution or laws of the

11

United States or because of his or her having exercised such a right. Unlike most conspiracy statutes, §241 does **not** require, as an element, the commission of an overt act. The offense is always a felony, even if the underlying conduct would not, on its own, establish a felony violation of another criminal civil rights statute. It is punishable by up to ten years imprisonment unless the government proves an aggravating factor (such as that the offense involved kidnapping aggravated sexual abuse, or resulted in death) in which case it may be punished by up to life imprisonment and, if death results, may be eligible for the death penalty. Section 241 is used in Law Enforcement Misconduct and Hate Crime Prosecutions. It was historically used, before conspiracy-specific trafficking statutes were adopted, in Human Trafficking prosecutions.

### COUNT IV
### 18 U.S.C. § 242 DEPRIVATION OF RIGHTS
### UNDER COLOR OF LAW

This provision makes it a crime for someone acting under color of law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States. It is *not* necessary that the offense be motivated by racial bias or by any other animus. Defendants act under color of law when they wield power vested by a government entity. Those prosecuted under the statute typically include police officers, sheriff's deputies, and prison guards. However other government actors, such as judges, district attorneys, other public officials, and public-school employees can also act under color of law and can be prosecuted under this statute. Section 242 does not criminalize any particular type of abusive conduct. Instead, it incorporates by reference rights defined by the Constitution, federal statutes, and interpretive case law. Cases charged by federal prosecutors most often involve

12

physical or sexual assaults. The Department has also prosecuted public officials for thefts, false arrests, evidence-planting, and failing to protect someone in custody from constitutional violations committed by others.

## COUNT V
### 42 U.S.C. 3601 THE FAIR HOUSING ACT

Title VI of the Civil Rights Act of 1964 (race, color, national origin); Section 109 of the Housing and Community Development Act of 1974 (race, color, national origin, religion, sex); Section 504 of the Rehabilitation Act of 1973 (disability); Title II of the Americans with Disabilities Act of 1990 (disability); Architectural Barriers Act of 1968 (disability); Age Discrimination Act of 1975 (age); Title IX of the Education Amendments Act of 1972. It is illegal to retaliate against any person for making an allegation, testifying, assisting, or participating in any manner in a proceeding under HUD's allegation process at any time, even after the investigation has been completed. The Fair Housing Act also makes it illegal to retaliate against any person because that person reported a discriminatory practice to a housing provider or other authority. If you believe you have experienced retaliation; you can report housing discrimination.

## COUNT VI
### § 11.411 CRIMINAL TRESPASS
### TO PRIVATE PROPERTY

A person commits an offense if, knowing that he or she is not licensed or privileged to do so, he or she enters or surreptitiously remains in any building or occupied structure. An offense under this subsection is a misdemeanor if it is committed in a dwelling at night. Otherwise, it is a petty misdemeanor. A person commits an offense if, knowing that he or she is not licensed or privileged to do so, he or she enters or remains in any place as to which notice against trespass

13

is given by Actual communication to the actor; or Posting in a manner prescribed by law or reasonably likely to come to the attention of intruders; or Fencing or other enclosure manifestly designed to exclude intruders. An offense under this section constitutes a petty misdemeanor if the offender defies an order to leave personally communicated to him or her by the owner of the premises or other authorized person. Otherwise, it is a violation.

## EDWARD MISLEH PROPERTY FRAUD CAMPAIGN

February 23rd, 2022 harassing email to sale my house May 3rd, 2022 harassing email to sale my house May 5th, 2022 harassing Email to sale my house May 19th, 2022 harassing Email to sale my house July 5th, 2022 fraudulent dissolution of marriage notice July 7th, 2022 notices of default July 18th, Form FL-344 in County of Placer August 3rd, 2022 harassing email to sale my property August 4th, 2022 demands to sale my property August 5th, 2022 notices of recorded foreign Judgement my property August 11th 2022 Foreign Judgement filed in Broward County Clerk of Court Pursuant to Florida statutes 55. 505. August 11th, 2022 emergency motion filed to exercise ex parte to get my property. August 15th, 2022 harassing text message from Edward's Wife Barbara Misleh demanded vacancy of my property. August 30th, 2022 form FL-335 filed for Restraining order to exiled me from my property. September 13th, 2022 amended petition filed. September 19th, 2022 Amended Dissolution of Marriage, September 30th, 2022 arrest warrant issued for not vacant my property. October 19th, 2022 arrests warrant form fl-330 was filed in the civil branch January 27th, 2023 requests enter to default judgement. February 2nd, 2023 emergency request for ex parte hearing on 02/03/2023. March 27th, 2023 emergency for hearing for ex parte. June 29th, 2023 email notice for ex parte hearing scheduled

14

July for July 3rd 2023.

## ERIC SALPETER PROPERTY FRAUD CAMPAIGN

August 2022 Salpeter filed a fake foreign judgement lawsuit in Broward County case no. CACE22014722 to get my property. November 30th, 2022, he secured a fraudulent default judgement from good friend Judge David A Haimes to get my property. November 30th, 2022, he secured an eviction notice from good friend Judge David A Haimes to get my property. December 21st, 2022, Salpeter executed the eviction with Broward Sheriff busted my house beat the hell out of me and locked me in jail. December 21st, 2022, Salpeter executed the eviction released my property to Jonathan Alexander the real estate agent for sale. January 1st 2023 Salpeter accepted $500,000.00 offer for my house, the sale contract stated the Clerk of Court or Designee as Elisor on behalf of seller Frantz Germain. March 24th, 2023 Salpeter filed a quit claim deed Broward County reward him the property May 5th, 2023 Salpeter filed a rerecorded deed correction after he received news, I filed a complaint with the Department of Justice.

## CONCLUSION

Pleading in civil actions; claim for punitive damages. In any civil action, no claim for punitive damages shall be permitted unless there is a reasonable showing by evidence in the record or proffered by the claimant which would provide a reasonable basis for recovery of such damages. The claimant may move to amend her or his complaint to assert a claim for punitive damages as allowed by the rules of civil procedure. The rules of civil procedure shall be liberally construed so as to allow the claimant discovery of evidence which appears reasonably calculated to lead to admissible evidence on the issue of punitive damages. No discovery of

15

financial worth shall proceed until after the pleading concerning punitive damages are permitted. A defendant may be held liable for punitive damages only if the trier of fact, based on clear and convincing evidence, finds that the defendant was personally guilty of intentional misconduct or gross negligence. As used in this section, the term: Intentional misconduct" means that the defendant had actual knowledge of the wrongfulness of the conduct and the high probability that injury or damage to the claimant would result and, despite that knowledge, intentionally pursued that course of conduct, resulting in injury or damage. The actions were Malicious, Intentional and Negligent Mental Distress.

The eviction denied me access to my business I runs from home, my trucks got towed, drivers. find work elsewhere. I loss all major contract I fought for so long, Landstar, JB Hunt, XPO, Ryan Transport, Redwood Logistics, AP Freight Inc, Cowan Logistics, Fairmont Logistics, Echo Global Logistics, Nav Logistics Inc, Liberty Commercial LLC, Arrive Logistics, AMX Logistics, USA Truck Inc, Molo Solution LLC, Trinity Logistics, Sage Freight LLC, Prime Logistics Solution, Allover Freight Inc, Moon Trucking LLC, Allen Lund, R2 Logistics Inc, Shine Logistics LLC, Sun Teck Transport Co, Eps Logistics Services Inc, Expedite Logistics, GLT Logistics, Venture Connect LLC, Blue grace Logistics, KCH Logistics, Gravity Logistics. I request the court to considerer expedite this case hearing due to medical and financial hardship. I was never giving the opportunity to get my medications; May 2009 I was diagnosis with arrhythmias and cardiac in the Heart (medications) Amiodarone, Clopidogrel, Statins, Digoxin, Nitroglycerin Adult Primary Care Dr. Ana Margarita Ferwerda, MD 9960 South Central Park Blvd, Suite 450, Boca Raton, Florida 33428 Phone (561) 642-1000 Results of the illegal arrest led to 2 heart attack prior to that situation I've been battling mantel health for

16

over 5 years; I've been struggle with suicidal thought in my mind. May 1st 2020 I was in the hospital for attempted suicide, I am currently homeless sick with no medication, no money, no food and no fuel since December 21st 2022 the day I was arrested. Eviction only applicable to tenant please see (Landlord and Tenant Acts Chapter 83), I have a mortgage with PennyMac the Defendants action pure evil, furthermore he confirmed his decision Plaintiff Complaint Pursuant to FL Statutes Sec 55.505 (Motion to Vacate) (the "Motion to Vacate"); to which Defendant, Plaintiff and Plaintiff's counsel appeared; the Court having considered the record and being otherwise advised in the premises, it is hereupon, ORDERED AND ADJUDGED that Defendant's Motion to Vacate is hereby DENIED.

A judge should be faithful to, and maintain professional competence in, the law and should not be swayed by partisan interests, public clamor, or fear of criticism.

A judge should hear and decide matters assigned, unless disqualified, and should maintain order and decorum in all judicial proceedings.

A judge should be patient, dignified, respectful, and courteous to litigants, jurors, witnesses, lawyers, and others with whom the judge deals in an official capacity. A judge should require similar conduct by those subject to the judge's control, including lawyers to the extent consistent with their role in the adversary process.

A judge should accord to every person who has a legal interest in a proceeding, and that person's lawyer, the full right to be heard according to law. Except as set out below, a judge should not initiate, permit, or consider ex parte communications or consider other communications concerning a pending or impending matter that are made outside the presence of the parties or their lawyers. If a judge receives an unauthorized ex parte communication bearing on the substance of a matter, the judge should promptly notify the parties of the subject matter of the communication and allow the parties an opportunity to respond, if requested. A judge may:

(a) initiate, permit, or consider ex parte communications as authorized by law;

(b) when circumstances require it, permit ex parte communication for scheduling, administrative, or emergency purposes, but only if the ex parte communication does not address substantive matters and the judge reasonably believes that no party will gain a procedural, substantive, or tactical advantage as a result of the ex parte communication;

(c) obtain the written advice of a disinterested expert on the law, but only after giving advance notice to the parties of the person to be consulted and the subject matter of the advice and affording the parties reasonable opportunity to object and respond to the notice and to the advice received; or

(d) with the consent of the parties, confer separately with the parties and their counsel in an effort to mediate or settle pending matters.

(5) A judge should dispose promptly of the business of the court.

(6) A judge should not make public comment on the merits of a matter pending or

17

impending in any court. A judge should require similar restraint by court personnel subject to the judge's direction and control. The prohibition on public comment on the merits does not extend to public statements made in the course of the judge's official duties, to explanations of court procedures, or to scholarly presentations made for purposes of legal education.

Administrative Responsibilities.

(1) A judge should diligently discharge administrative responsibilities, maintain professional competence in judicial administration, and facilitate the performance of the administrative responsibilities of other judges and court personnel.

(2) A judge should not direct court personnel to engage in conduct on the judge's behalf or as the judge's representative when that conduct would contravene the Code if undertaken by the judge.

(3) A judge should exercise the power of appointment fairly and only on the basis of merit, avoiding unnecessary appointments, nepotism, and favoritism. A judge should not approve compensation of appointees beyond the fair value of services rendered.

(4) A judge should practice civility, by being patient, dignified, respectful, and courteous, in dealings with court personnel, including chambers staff. A judge should not engage in any form of harassment of court personnel. A judge should not retaliate against those who report misconduct. A judge should hold court personnel under the judge's direction to similar standards.

(5) A judge with supervisory authority over other judges should take reasonable measures to ensure that they perform their duties timely and effectively.

A judge should take appropriate action upon receipt of reliable information indicating the likelihood that a judge's conduct contravened this Code, that a judicial employee's conduct contravened the Code of Conduct for Judicial Employees, or that a lawyer violated applicable rules of professional conduct.

Good faith Rule immunity from liability in Title 42 U.S.C. s. 1983 actions not apply to this action the evidence the Judge actions toward was pure intentional, he should enjoy immunity while purposely doing injustice to a nobody as me. I respect leaders, I obey the law of the land, never once in my life being arrested, I made several trips in the state attorney's office to sort things peacefully each time they were uncooperative repeatedly reminded me I had 2 criminals cases pending for trespassing into a property I was evicted from, in reality they were the one committed crime forcing their way into a private property unauthorized. 18 U.S. Code § 2331 involve violent acts or acts dangerous to human life that are a violation of the criminal laws of the United States or of any State, or that would be a criminal violation if committed within the jurisdiction of the United States or of any State; the term "person" means any individual or entity capable of holding a legal or beneficial interest in property. Eviction only applies to landlords and tenants, I wasn't renting I am a homeowner I took a mortgage loan from

18

PennyMac which I was paying almost $2400 per month.   property rights of affected owners are protected under the Fourteenth Amendment and the Takings Clause of the Fifth Amendment of the U.S. Constitution.3 These provisions apply regardless of the personal status or income of the affected private owner. Government intervention by police power regulation of land and housing in the United States is constrained by judicial interpretation of the constitutional protection afforded private owners of property. The Fifth Amendment of the U.S. Constitution provides that "[n]o person shall be deprived of life, liberty or property without due process of law; nor shall private property be taken for public use, without just compensation."5 The next section of this Article discusses the legal protection afforded private housing and landowners by the U.S. Constitution's Takings Clause and the court decisions interpreting this provision. To a significant degree, the constitutional protection of property rights for owners of real property in the United States is reflected in the European Court on Human Rights' Hutten-Czapska decision, which involved rent controls imposed on apartment housing in Poland.6 The European Court ruled that rent controls violated the right to property in the European Convention on Human Rights. Over time, rent controls denied a housing owner any economically viable use of his property, which amounted to a disproportionate and impermissible benefit extraction of the owner's interest in the property. The rationale of the Court's decision closely parallels the U.S. Supreme Court's analysis of the protection of private property under the U.S. Constitution. The constitutional protection of private property rights in the United States is thought to promote economic prosperity and efficiency, as well as basic fairness and individual liberty.9 In this sense, private property rights are institutionally considered important human and civil rights that operate to protect a disfavored minority

19

from favoritism and unfairness caused by majority legislative action.10 In the United States, while a right to housing is not codified, there is no shortage of quality housing space available at 3. Id 4. Id. § 6:2. 5. The Fifth Amendment is held applicable to state and local regulation by its incorporation into the Due Process Clause of the Fourteenth Amendment. State constitutions also contain similar due process and takings clauses. Some state constitutions grant greater protections than the guarantees provided under the Fifth and Fourteenth Amendments. Id. 6. Hutten-Czapska v. Poland, 45 Eur. Ct. H.R. 4 (2007). 7. See id. 8. See infra notes 65-67 and accompanying text. 9. See generally JAN G. LAITOs, LAW OF PROPERTY RIGHTS PROTECTION: LIMITATIONS ON GOVERNMENTAL POWER (2005). 10. Edward H. Ziegler, Fundamental Fairness and Regulatory Takings: Judicial Standards of Fairness Shaping the Limits of Categorical and Partial Taking Claims, 1996 INST. ON PLAN. ZONING & EMINENT DOMAIN 11- I hereinafter Fundamental Fairness.

## BUSINESS LOSS & LIABILITY

SBA Loan Number 5311737807 balance $510,233.00 SBA Loan Number 6811407901 balance $532,330.00 Freightliner Cascadia Semi-truck 1FUJGLD58GLGU1781 Freightliner Cascadia Semi-truck 1FUJGLD53GLGM3566 Freightliner Cascadia Semi-truck 3AKJGLD5XGSGY9402 Freightliner Cascadia Semi-truck 3AKJGLDR7GSGV5842 Freightliner Cascadia Semi-truck 1FUJGLD50GLGU2505 Kent-Worth T-680 Semi-truck 1XKYD49X0GJ495890 Volvo VNL Semi-truck 4V4NC9EH3EN181349 53 foot Dry-van Trailer The defendants are responsible for destroyed my entire business something that took me years to built with hard-work and dedications intended to property frauds. FMCSA refers to the Federal Motor Carrier Safety Administration Together with DOT Department of Transportation these organizations create

and enforce rules that trucking companies must follow, ensuring the well-being in compliance of the federal rules and regulations, the false arrest and imprisonment of burglary charged (felony) had me dropped by every carrier. This is not allegations based on clear and convincing evidence.

## EXHIBIT

A-Property Deed and PennyMac mortgage

B-Federal Court case Complaint and Summons

C- Judge David Fraudulent Eviction Notice Writ of possession

D- Gun points false arrested, felony charge burglary, Criminal mischief

E- PennyMac Foreclosure filed March 21st 2023 Case No.23-006018

F-Gun points false arrested, felony charge burglary, Criminal mischief

I- PennyMac Foreclosure filed March 21st 2023 Case No.23-006018

J- Mental Health medical records

L- Business assets loss, Contracts loss and liabilities

## PRAYER FOR RELIEF

**WHEREFORE**, seeks relief in an amount greater than $7,000,000.00 million Dollars exclusive of interest, costs, contracts loss, property damages, and business income loss, actual damages to pursuant 26 U.S. Code § 104 - Compensation for injuries or the amount of any damages other than punitive damages received whether by suit or agreement and whether as lump sums or as periodic payments) on account of personal physical injuries or physical sickness. Birdsall v. Coolidge, 93 U.S. 64 18 birdsall v Coolidge 93 In an action at law for the infringement of letters patent, the rule as to the measure of damages all consumers include PennyMac the mortgage

21

company who are respectfully requests an order certifying this suit as a class action pursuant to Federal Rule of Civil Procedure 23, and request judgment against Defendant as follows: I request this court grant me a permanent injunction against Defendants, its Judges, officers, agents, servants, employees, attorneys and those persons in active concert or participation with it who receive actual notice of this injunction, prohibiting Judge David Haimes partnership with criminals Eric Salpeter and Edward Misleh such persons from violating the provisions as specifically alleged above and any similar acts and practices. 15 U.S.C. § 53(b), empowers this Court to grant injunctive and such other relief as the Court may deem appropriate to halt and redress violations of any provision of law enforced by the Court, in the exercise of its equitable jurisdiction, may award ancillary relief, including rescission or reformation of business contracts loss, restitution, the refund of monies paid, and the disgorgement of ill-gotten monies, to prevent and remedy any violation of any provision of law enforced by Section 19 of the Act, 15 U.S.C. § 57b, and Section 6(b) of the Act, 15 U.S.C. § 6 105. Drop the charge of burglary, criminal mischief and the bond posted in this action. Grant such other and further relief as this Honorable Court deems just and proper, including, but not limited to, all other relief allowable under the federal law.

**I understand that I am swearing or affirming under oath the truthfulness of the claims made in this Petition and that the punishment for knowingly making a false statement includes fines and/or imprisonment.**

The foregoing instrument was acknowledged by means of physical presence or online.

notarization, and sworn before me on this 25TH day of October 2023, by FRANTZ GERMAIN.

22

NOTARY PUBLIC SIGNATURE

Frantz Germain

My Commission Expires: 1/- 11 -23

the following identification:

Jan Siebert

Notary Public, State of Florida

JON P. SIEBERT
MY COMMISSION # GG 354208
EXPIRES: November 11, 2023
Bonded Thru Notary Public Underwriters

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** true and correct copy of the foregoing has been furnished via
E-mail service of process to Respondent attorney Andrew J. Meyers and assistant attorney Javier Navas
at ameyers@broward.org jnavas@broward.org on this 25th day of October 2023.

Andrew J. Meyers
Broward County Attorney
Governmental Center, Suite 423
115 South Andrews Avenue
Fort Lauderdale, FL 33301
Tele: 954-357-7600
ameyers@broward.org
Javier Navas
Assistant County Attorney
jnavas@broward.org

Sheriff Gregory Tony
Broward Sheriff's Office
2601 West Broward Boulevard
Fort Lauderdale, FL 33312
John_Smith@sheriff.org

Harold F. Pryor
Office of the State Attorney
201 SE 6th St
Fort Lauderdale, FL 33301
sao17@sao17.state.fl.us

23

Respectfully submitted
Frantz Germain
435 KILE LN SW
CLEVELAND, TN 37311
954-803-6816
Frantz701@yahoo.com