UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| FRANTZ GERMAIN, | ) |
| --- | --- |
| *Plaintiff*, | ) |
| | ) Case No. 1:23-cv-252 |
| v. | ) |
| | ) Judge Atchley |
| MAYOR LAMAR FISHER, *et al.*, | ) |
| | ) Magistrate Judge Steger |
| *Defendants*. | ) |

## JUDGMENT

The Honorable Charles E. Atchley, Jr., United States District Judge, having adopted the Amended Report and Recommendation of United States Magistrate Judge Christopher H. Steger [Doc. 8], recommending this case be dismissed,

It is hereby **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITHOUT PREJUDICE**.

*/s/ LeAnna R. Wilson*
LeAnna R. Wilson
CLERK OF COURT